Clerk Angela E. Noble
Federal Court
400 North Miami Avenue
Room 8N09
Miami, Florida 33128-7716

November 11th, 2021

FILED BY AP D.C.
NOV 15 2021
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Chief Judge Cecilia M. Altonagá
Federal Court
400 North Miami Avenue
Room 13-3
Miami, Florida 33128

Judge Kathleen Mary Williams
U.S. Court House
400 North Miami Avenue
Room 11-3
Miami, Florida 33128

Chief Judge William Pryor Jr.
11th Circuit
56 Forsyth St., N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court
11th Circuit
56 Forsyth St., N.W.
Atlanta, Georgia 30303

Clerk Noble,

Reference your letter dated November 5th, 2021, regarding my Notice of Appeal that was filed with your court and the 11th Circuit. You have received multiple "Motions for Leave to File" and have not docketed any of them. I am sure this is just an oversight that can easily be corrected. You scan everything I send to the Southern District of Florida Court (SDFL). All I am asking for is that they be docketed and given consideration. This is my *"grievance"* per the First Amendment. The pleadings are already in the public domain via the sister cases.

The original pleading was Trump v. Facebook, Inc (1:21-cv-22440) District Court, S.D. Florida Judge Kathleen Mary Williams Movant David Andrew Christenson October 14th, 2021 - Motion for Leave to File - Motion to Consolidate and Motion to Intervene and Join.

The pleading was docketed in the sister cases:

Trump v. Twitter, Inc (1:21-cv-22441) District Court, S.D. Florida Judge Robert Nichols Scola Jr.
Movant David Andrew Christenson October 14th, 2021
Case 1:21-cv-22441-RNS Document 80 Entered on FLSD Docket 10/19/2021 Page 1 of 59

Trump v. YouTube, LLC (5:21-cv-08009) District Court, N.D. California Chief Judge Richard Seeborg
Movant David Andrew Christenson October 14th, 2021
Case 5:21-cv-08009-NC Document 76 Filed 10/18/21 Page 1 of 3

Thank you for your attention to this matter.

Godspeed.

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
davidandrewchristenson@gmail.com;
dchristenson6@hotmail.com;
504-715-3086

PENSACOLA FL 325

12 NOV 2021 PM 2 L

David Andrew Christenson
P.O. Box 9063
Miramar Beach, Fl. 32550

Clerk Angela E. Noble
Federal Court
400 North Miami Avenue
Room 8N09
Miami, Florida 33128-7716

33128-771699

**USMS INSPECTED**

RECEIVED

NOV 16 2021
2:00 PM

November 11th, 2021

Clerk Angela E. Noble
Federal Court
400 North Miami Avenue
Room 8N09
Miami, Florida 33128-7716

Chief Judge Cecilia M. Altonaga
Federal Court
400 North Miami Avenue
Room 13-3
Miami, Florida 33128

Judge Kathleen Mary Williams
U.S. Court House
400 North Miami Avenue
Room 11-3
Miami, Florida 33128

Chief Judge William Pryor Jr.
11th Circuit
56 Forsyth St., N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court
11th Circuit
56 Forsyth St., N.W.
Atlanta, Georgia 30303

Clerk Noble,

Reference your letter dated November 5th, 2021, regarding my Notice of Appeal that was filed with your court and the 11th Circuit. You have received multiple "Motions for Leave to File" and have not docketed any of them. I am sure this is just an oversight that can easily be corrected. You scan everything I send to the Southern District of Florida Court (SDFL). All I am asking for is that they be docketed and given consideration. This is my *"grievance"* per the First Amendment. The pleadings are already in the public domain via the sister cases.

The original pleading was Trump v. Facebook, Inc (1:21-cv-22440) District Court, S.D. Florida Judge Kathleen Mary Williams Movant David Andrew Christenson October 14th, 2021 - Motion for Leave to File - Motion to Consolidate and Motion to Intervene and Join.

The pleading was docketed in the sister cases:

Trump v. Twitter, Inc (1:21-cv-22441) District Court, S.D. Florida Judge Robert Nichols Scola Jr.
Movant David Andrew Christenson October 14th, 2021
Case 1:21-cv-22441-RNS Document 80 Entered on FLSD Docket 10/19/2021 Page 1 of 59

Trump v. YouTube, LLC (5:21-cv-08009) District Court, N.D. California Chief Judge Richard Seeborg
Movant David Andrew Christenson October 14th, 2021
Case 5:21-cv-08009-NC Document 76 Filed 10/18/21 Page 1 of 3

Thank you for your attention to this matter.

Godspeed.

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
davidandrewchristenson@gmail.com;
dchristenson6@hotmail.com;
504-715-3086

PENSACOLA FL 325

12 NOV 2021 PM 2 L

David Andrew Christenson
P.O. Box 9063
Miramar Beach, Fl. 32550

Judge Kathleen Mary Williams
U.S. Court House
400 North Miami Avenue
Room 11-3
Miami, Florida 33128

33128-181038

**USMS INSPECTED**

RECEIVED

NOV 16 2021
2:06 PM

November 11th, 2021

Clerk Angela E. Noble
Federal Court
400 North Miami Avenue
Room 8N09
Miami, Florida 33128-7716

FILED BY ______ D.C.
NOV 15 2021
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Chief Judge Cecilia M. Altonaga
Federal Court
400 North Miami Avenue
Room 13-3
Miami, Florida 33128

Judge Kathleen Mary Williams
U.S. Court House
400 North Miami Avenue
Room 11-3
Miami, Florida 33128

Chief Judge William Pryor Jr.
11th Circuit
56 Forsyth St., N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court
11th Circuit
56 Forsyth St., N.W.
Atlanta, Georgia 30303

Clerk Noble,

Reference your letter dated November 5th, 2021, regarding my Notice of Appeal that was filed with your court and the 11th Circuit. You have received multiple "Motions for Leave to File" and have not docketed any of them. I am sure this is just an oversight that can easily be corrected. You scan everything I send to the Southern District of Florida Court (SDFL). All I am asking for is that they be docketed and given consideration. This is my *"grievance"* per the First Amendment. The pleadings are already in the public domain via the sister cases.

The original pleading was Trump v. Facebook, Inc (1:21-cv-22440) District Court, S.D. Florida Judge Kathleen Mary Williams Movant David Andrew Christenson October 14th, 2021 - Motion for Leave to File - Motion to Consolidate and Motion to Intervene and Join.

The pleading was docketed in the sister cases:

Trump v. Twitter, Inc (1:21-cv-22441) District Court, S.D. Florida Judge Robert Nichols Scola Jr.
Movant David Andrew Christenson October 14th, 2021
Case 1:21-cv-22441-RNS Document 80 Entered on FLSD Docket 10/19/2021 Page 1 of 59

Trump v. YouTube, LLC (5:21-cv-08009) District Court, N.D. California Chief Judge Richard Seeborg
Movant David Andrew Christenson October 14th, 2021
Case 5:21-cv-08009-NC Document 76 Filed 10/18/21 Page 1 of 3

Thank you for your attention to this matter.

Godspeed.

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
davidandrewchristenson@gmail.com;
dchristenson6@hotmail.com;
504-715-3086

David Andrew Christenson
P.O. Box 9063
Miramar Beach, Fl. 32550

PENSACOLA FL 325
12 NOV 2021 PM 1

Chief Judge Cecilia M. Altonaga
Federal Court
400 North Miami Avenue
Room 13-3
Miami, Florida 33128

33128-181233

**USMS INSPECTED**

RECEIVED

NOV 16
2:06