JOHN P. COALE *(pro hac vice forthcoming)*
2901 Fessenden Street NW
Washington, DC 20008
Telephone: (202) 255-2096
Email: johnpcoale@aol.com

JOHN Q. KELLY *(pro hac vice forthcoming)*
MICHAEL J. JONES *(pro hac vice forthcoming)*
RYAN TOUGIAS *(pro hac vice forthcoming)*
IVEY, BARNUM & O'MARA, LLC
170 Mason Street
Greenwich, CT 06830
Telephone: (203) 661-6000
Email: jqkelly@ibolaw.com

FRANK C. DUDENHEFER , JR. *(pro hac vice pending)*
THE DUDENHEFER LAW FIRM L.L.C.
2721 Saint Charles Avenue, Suite 2A
New Orleans, LA 70130
Telephone: (504) 616-5226
Email: fcdlaw@aol.com

*[Additional Counsel on Signature Page]*

Attorneys for Plaintiffs

ANDREI POPOVICI (234820)
MARIE FIALA (79676)
LAW OFFICE OF ANDREI D. POPOVICI,
P.C.
2121 North California Blvd. #290
Walnut Creek, CA 94596
Telephone: (650) 530-9989
Facsimile: (650) 530-9990
Email: andrei@apatent.com
Email: marie@apatent.com

M. CRIS ARMENTA (177403)
CREDENCE ELIZABETH SOL (219784)
ARMENTA & SOL, PC
11440 West Bernardo Court, Suite 300
San Diego, CA 92127
Tel.: 858-753-1724
Fax: 310-695-2560
Email: cris@crisarmenta.com
Email: credence@crisarmenta.com

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

DONALD J. TRUMP, the Forty-Fifth President of the United States, ELIZABETH ALBERT, BOBBY MICHAEL, KIYAN MICHAEL, JENNIFER HORTON, ANDRES CABOS, MAGALYS RIOS, MARIA RODRIGUEZ-FRESNEDA, INDIVIDUALLY, AND ON BEHALF OF THOSE SIMILARLY SITUATED

Plaintiffs,

v.

FACEBOOK INC. and MARK ZUCKERBERG,

Defendants.

Case No: 3:21-cv-09044-JSC

**NOTICE OF WITHDRAWAL OF COUNSEL AND NOTICE OF CHANGE OF COUNSEL**

Hon. Jacqueline Scott Corley

1     PLEASE TAKE NOTICE, pursuant to Civil Local Rules 5-1(c)(2)(C) and 11-5, that Mr.

2 Matthew Lee Baldwin (FL Bar No. 27463) of the law firm Vargas Gonzalez Baldwin Delombard,

3 LLP has ceased to be involved with the present case, and is withdrawing as counsel of record for

4 the Plaintiffs.  Mr. Baldwin should be removed from the Court's service list for the present case.

5 Plaintiffs continue to be represented by the attorneys listed on the caption page and signature

6 page.

7

8 Dated: November 29, 2021          Respectfully submitted,

9                                  LAW OFFICE OF ANDREI D. POPOVICI, P.C.

10

11                                 By:   /s/ Andrei D. Popovici
                                         Andrei D. Popovici (234820)
12                                       andrei@apatent.com

13                                 RICHARD POLK LAWSON *(pro hac vice*
                                   *pending)*
14                                 GARDNER BREWER MARTINEZ
                                   MONFORT
15                                 400 North Ashley Drive
                                   Suite 1100
16                                 Tampa, FL 33602
                                   Telephone: (813) 221-9600
17                                 Facsimile: (813) 221-9611
                                   Email: rlawson@gbmmlaw.com
18

19                                 *Attorneys for Plaintiffs*

20

21

22

23

24

25

26

27

28

NOTICE OF WITHDRAWAL OF COUNSEL AND
NOTICE OF CHANGE OF COUNSEL                                    Case No. 3:21-cv-09044-JSC