Ashley E. Littlefield (SBN 281027)
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Tel: (415) 439-1400 / Fax: (415) 439-1500
Email: ashley.littlefield@kirkland.com

Craig S. Primis, P.C. (*pro hac vice* forthcoming)
K. Winn Allen, P.C. (*pro hac vice* forthcoming)
Ronald K. Anguas, Jr. (*pro hac vice* forthcoming)
Katherine H. Epstein (*pro hac vice* forthcoming)
James Y. Xi (*pro hac vice* forthcoming)
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Tel:  (202) 389-5000 / Fax: (202) 389-5200
Email:   cprimis@kirkland.com
Email:   winn.allen@kirkland.com
Email:   ronald.anguas@kirkland.com
Email:   kate.epstein@kirkland.com
Email:   james.xi@kirkland.com

*Attorneys for Defendants Meta Platforms, Inc.
(f/k/a Facebook, Inc.) and Mark Zuckerberg*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| DONALD J. TRUMP, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>FACEBOOK, INC., et al.<br><br>  Defendants. | CASE NO. 4:21-cv-09044-JSW<br><br>**DEFENDANT META PLATFORMS, INC. (F/K/A FACEBOOK, INC.) AND MARK ZUCKERBERG'S DISCLOSURE OF NON-PARTY INTERESTED ENTITIES OR PERSONS** |

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named parties and the United States, which has intervened in this action, Defendants are not aware of any such interest to report at this time.

DATED: November 29, 2021

Respectfully submitted,

KIRKLAND & ELLIS LLP

*s/ Ashley E. Littlefield*
Ashley E. Littlefield (SBN 281027)
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Tel: (415) 439-1400 / Fax: (415) 439-1500
Email: ashley.littlefield@kirkland.com

Craig S. Primis, P.C. (*pro hac vice* forthcoming)
K. Winn Allen, P.C. (*pro hac vice* forthcoming)
Ronald K. Anguas, Jr. (*pro hac vice* forthcoming)
Katherine H. Epstein (*pro hac vice* forthcoming)
James Y. Xi (*pro hac vice* forthcoming)
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Tel: (202) 389-5000 / Fax: (202) 389-5200
Email: cprimis@kirkland.com
Email: winn.allen@kirkland.com
Email: ronald.anguas@kirkland.com
Email: kate.epstein@kirkland.com
Email: james.xi@kirkland.com

*Attorneys for Defendants Meta Platforms, Inc. (f/k/a Facebook, Inc.) and Mark Zuckerberg*