UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD J. TRUMP, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>FACEBOOK INC., et al.,<br><br>    Defendants. | Case No.  21-cv-09044-JSW<br><br>**ORDER REGARDING NOTICE OF NAME CHANGE**<br><br>Re: Dkt. No. 123 |

On November 29, 2021, Defendant Facebook, Inc. filed a notice of name change indicating that it has changed its name from "Facebook, Inc." to "Meta Platforms, Inc."  However, Facebook did not request action from the Court, and Facebook's name cannot be changed on the docket without an order from the Court.  Should Facebook seek to change its official name on the docket, it must file a request and proposed order with the Court for consideration.

**IT IS SO ORDERED.**

Dated: November 30, 2021

_____
JEFFREY S. WHITE
United States District Judge