| | |
|---|---|
| JOHN P. COALE *(pro hac vice)* <br> 2901 Fessenden Street NW <br> Washington, DC 20008 <br> Telephone: (202) 255-2096 <br> Email: johnpcoale@aol.com <br><br> JOHN Q. KELLY *(pro hac vice)* <br> MICHAEL J. JONES *(pro hac vice)* <br> RYAN TOUGIAS *(pro hac vice)* <br> IVEY, BARNUM & O'MARA, LLC <br> 170 Mason Street <br> Greenwich, CT 06830 <br> Telephone: (203) 661-6000 <br> Email: jqkelly@ibolaw.com <br> Email: mjones@ibolaw.com <br><br> FRANK C. DUDENHEFER , JR. *(pro hac vice)* <br> THE DUDENHEFER LAW FIRM L.L.C. <br> 2721 Saint Charles Avenue, Suite 2A <br> New Orleans, LA 70130 <br> Telephone: (504) 616-5226 <br> Email: fcdlaw@aol.com | ANDREI POPOVICI (234820) <br> MARIE FIALA (79676) <br> LAW OFFICE OF ANDREI D. POPOVICI, P.C. <br> 2121 North California Blvd. #290 <br> Walnut Creek, CA 94596 <br> Telephone: (650) 530-9989 <br> Facsimile: (650) 530-9990 <br> Email: andrei@apatent.com <br> Email: marie@apatent.com <br><br> M. CRIS ARMENTA (177403) <br> CREDENCE ELIZABETH SOL (219784) <br> ARMENTA & SOL, PC <br> 11440 West Bernardo Court, Suite 300 <br> San Diego, CA 92127 <br> Tel.: 858-753-1724 <br> Fax: 310-695-2560 <br> Email: cris@crisarmenta.com <br> Email: credence@crisarmenta.com |

*[Additional Counsel on Signature Page]*

Attorneys for Plaintiffs in *Trump et al. v. Youtube et al.,* Case No. 4:21-cv-08009-SJW

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| DONALD J. TRUMP, the Forty-Fifth President of the United States, ELIZABETH ALBERT, BOBBY MICHAEL, KIYAN MICHAEL, JENNIFER HORTON, ANDRES CABOS, MAGALYS RIOS, MARIA RODRIGUEZ-FRESNEDA, INDIVIDUALLY, AND ON BEHALF OF THOSE SIMILARLY SITUATED <br><br> Plaintiffs, <br> v. <br><br> FACEBOOK INC. and MARK ZUCKERBERG, <br><br> Defendants. | Case No: 4:21-cv-09044-JSW <br><br> **NOTICE OF FILING OF MOTION TO CONSOLIDATE [FRCP 42(a)]** <br><br> Hon. Jeffrey S. White |

1   To all parties and their attorneys of record:

2   Please take notice that the Plaintiffs in *Trump et al. v. Youtube et al.*, Case No. 4:21-cv-
3   08009-JSW, will be filing the attached Motion to Consolidate [FRCP 42(a)], including Exhibits
4   A-K, in the case *Trump et al. v. Youtube et al.*, Case No. 4:21-cv-08009-JSW.

5   Dated: December 1, 2021          Respectfully submitted,

                                     ANDREI POPOVICI (234820)
                                     MARIE FIALA (79676)
                                     LAW OFFICE OF ANDREI D. POPOVICI, P.C.

                                     By:   */s/ Andrei D. Popovici*
                                            Andrei D. Popovici (234820)


                                     JOHN P. COALE *(pro hac vice)*
                                     2901 Fessenden Street NW
                                     Washington, DC 20008
                                     Telephone: (202) 255-2096
                                     Email: johnpcoale@aol.com

                                     JOHN Q. KELLY *(pro hac vice)*
                                     MICHAEL J. JONES *(pro hac vice)*
                                     RYAN TOUGIAS *(pro hac vice)*
                                     IVEY, BARNUM & O'MARA, LLC
                                     170 Mason Street
                                     Greenwich, CT 06830
                                     Telephone: (203) 661-6000
                                     Email: jqkelly@ibolaw.com

                                     FRANK C. DUDENHEFER , JR. *(pro hac vice*
                                     *forthcoming)*
                                     THE DUDENHEFER LAW FIRM L.L.C.
                                     2721 Saint Charles Avenue, Suite 2A
                                     New Orleans, LA 70130
                                     Telephone: (504) 616-5226
                                     Email: fcdlaw@aol.com

                                     M. CRIS ARMENTA (177403)
                                     CREDENCE ELIZABETH SOL (219784)
                                     ARMENTA & SOL, PC
                                     11440 West Bernardo Court, Suite 300
                                     San Diego, CA 92127
                                     Tel.: 858-753-1724
                                     Fax: 310-695-2560
                                     Email: cris@crisarmenta.com
                                     Email: credence@crisarmenta.com

RICHARD POLK LAWSON *(pro hac vice)*
GARDNER BREWER MARTINEZ MONFORT
400 North Ashley Drive
Suite 1100
Tampa, FL 33602
Telephone: (813) 221-9600
Facsimile: (813) 221-9611
Email: rlawson@gbmmlaw.com

*Attorneys for Plaintiffs in Trump et al. v. Youtube et al., Case No. 4:21-cv-08009-SJW*