Ashley E. Littlefield (SBN 281027)
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Tel: (415) 439-1400 / Fax: (415) 439-1500
Email: ashley.littlefield@kirkland.com

Craig S. Primis, P.C. (Appearance *pro hac vice*)
K. Winn Allen, P.C. (Appearance *pro hac vice*)
Ronald K. Anguas, Jr. (Appearance *pro hac vice*)
Katherine H. Epstein (Appearance *pro hac vice*)
James Y. Xi (Appearance *pro hac vice*)
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Tel:  (202) 389-5000 / Fax: (202) 389-5200
Email:   cprimis@kirkland.com
Email:   winn.allen@kirkland.com
Email:   ronald.anguas@kirkland.com
Email:   kate.epstein@kirkland.com
Email:   james.xi@kirkland.com

*Attorneys for Defendants Meta Platforms, Inc.*
*(f/k/a Facebook, Inc.) and Mark Zuckerberg*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| DONALD J. TRUMP, et al., | CASE NO. 4:21-cv-09044-JSW |
| Plaintiffs, | **NOTICE OF CHANGE OF COUNSEL** |
| v. | |
| FACEBOOK, INC., et al. | |
| Defendants. | |

PLEASE TAKE NOTICE, pursuant to Local Rule 5-1(c)(2)(C), that Maria J. Beguiristain (Florida Bar No. 69851) and W. Dylan Fay (Florida Bar No. 125673), of the law firm White & Case LLP, are withdrawing as counsel of record for Defendants. The clerk is requested to withdraw or remove Ms. Beguiristain and Mr. Fay as attorneys of record. They should be removed from the Court's service list with respect to this action. The remaining counsel of record continue to be attorneys for Defendants.

DATED: December 3, 2021

Respectfully submitted,

KIRKLAND & ELLIS LLP

*s/ Ashley E. Littlefield*
Ashley E. Littlefield (SBN 281027)
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Tel: (415) 439-1400 / Fax: (415) 439-1500
Email: ashley.littlefield@kirkland.com

Craig S. Primis, P.C. (Appearance *pro hac vice*)
K. Winn Allen, P.C. (Appearance *pro hac vice*)
Ronald K. Anguas, Jr. (Appearance *pro hac vice*)
Katherine H. Epstein (Appearance *pro hac vice*)
James Y. Xi (Appearance *pro hac vice*)
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Tel: (202) 389-5000 / Fax: (202) 389-5200
Email: cprimis@kirkland.com
Email: winn.allen@kirkland.com
Email: ronald.anguas@kirkland.com
Email: kate.epstein@kirkland.com
Email: james.xi@kirkland.com

*Attorneys for Defendants Meta Platforms, Inc. (f/k/a Facebook, Inc.) and Mark Zuckerberg*