Ashley E. Littlefield (SBN 281027)
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Tel: (415) 439-1400 / Fax: (415) 439-1500
Email: ashley.littlefield@kirkland.com

Craig S. Primis, P.C. (admitted *pro hac vice*)
K. Winn Allen, P.C. (admitted *pro hac vice*)
Ronald K. Anguas, Jr. (admitted *pro hac vice*)
Katherine H. Epstein (admitted *pro hac vice*)
James Y. Xi (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Tel: (202) 389-5000 / Fax: (202) 389-5200
Email: cprimis@kirkland.com
Email: winn.allen@kirkland.com
Email: ronald.anguas@kirkland.com
Email: kate.epstein@kirkland.com
Email: james.xi@kirkland.com

*Attorneys for Defendants Meta Platforms, Inc.*
*(f/k/a Facebook, Inc.) and Mark Zuckerberg*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| DONALD J. TRUMP, et al., <br><br> Plaintiffs, <br><br> v. <br><br> FACEBOOK, INC., et al. <br><br> Defendants. | CASE NO. 4:21-cv-09044-JSW <br><br> **STIPULATED REQUEST FOR AN ORDER SETTING BRIEFING SCHEDULE AND PAGE LIMITS FOR MOTION TO DISMISS AND MOTION FOR PRELIMINARY INJUNCTION BRIEFING** |

STIPULATED REQUEST FOR AN ORDER SETTING BRIEFING SCHEDULE AND PAGE LIMITS FOR MOTION TO DISMISS AND MOTION FOR PRELIMINARY INJUNCTION BRIEFING

CASE NO. 4:21-cv-09044-JSW

Pursuant to an order from the United States District Court for the Southern District of Florida on October 19, Defendants' motion to dismiss the Amended Complaint and Opposition to Plaintiffs' Motion for Preliminary Injunction is currently due on December 20 "unless the Northern District of California decides otherwise." Dkt. No. 85. Pursuant to that same order, Defendants may file a response to the motion for preliminary injunction that does not exceed 30 pages in length. *Id.* On November 19, the United States District Court for the Southern District of Florida transferred the case to the Northern District of California. Dkt. No. 108. The parties believe that the complexity of the factual and legal issues make overlength briefs appropriate. The parties have conferred and proposed the following briefing schedule and page limits for Defendants' Motion to Dismiss and Opposition to Plaintiffs' Motion for Preliminary Injunction:

| Brief | Due Date | Page Limit |
| --- | --- | --- |
| Defendants' Motion to Dismiss | Friday, January 14, 2022 | 30 |
| Defendants' Opposition to Plaintiff Donald J. Trump's Motion for a Preliminary Injunction | Friday, January 14, 2022 | 30 |
| Plaintiffs' Opposition to Defendants' Motion to Dismiss | Monday February, February 7, 2022 | 30 |
| Plaintiff Donald J. Trump's Reply in Support of Motion for a Preliminary Injunction | Monday, February 7, 2022 | 20 |
| Defendants' Reply in Support of Motion to Dismiss | Monday, February 28, 2022 | 20 |

Consistent with the above stipulation, the parties jointly submit the accompanying Proposed Order Setting Schedule and Page Limits for Motion to Dismiss and Motion for Preliminary Injunction Briefing.

STIPULATED REQUEST FOR AN ORDER SETTING BRIEFING SCHEDULE AND PAGE LIMITS FOR MOTION TO DISMISS AND MOTION FOR PRELIMINARY INJUNCTION BRIEFING

CASE NO. 4:21-cv-09044-JSW

| | |
|---|---|
| DATED: December 14, 2021 | Respectfully submitted, |
| | *s/ Ashley E. Littlefield* |
| | Ashley E. Littlefield (SBN 281027)<br>KIRKLAND & ELLIS LLP<br>555 California Street<br>San Francisco, CA 94104<br>Tel: (415) 439-1400 / Fax: (415) 439-1500<br>Email: ashley.littlefield@kirkland.com |
| | *Attorney for Defendants Meta Platforms, Inc. (f/k/a Facebook, Inc.) and Mark Zuckerberg* |
| | *s/ Cris Armenta* |
| | M. Cris Armenta (SBN 177403)<br>ARMENTA & SOL, PC<br>1140 West Bernardo Court, Suitr 300<br>San Diego, CA 92127<br>Tel: (858) 753-1724 / Fax: (310) 695-2560<br>Email: cris@crisarmenta.com |
| | *Attorneys for Plaintiffs* |

**ATTESTATION PURSUANT TO CIVIL L.R. 5-1(i)(3)**

I, Ashley E. Littlefield, am the ECF User whose ID and password are being used to file this document. I hereby attest that concurrence in the filing of this document has been obtained from the signatories.

DATED: December 14, 2021    *s/ Ashley E. Littlefield*

Ashley E. Littlefield (SBN 281027)
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Tel: (415) 439-1400 / Fax: (415) 439-1500
Email: ashley.littlefield@kirkland.com

*Attorney for Defendants Meta Platforms, Inc. (f/k/a Facebook, Inc.) and Mark Zuckerberg*