Ashley E. Littlefield (SBN 281027)
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Tel: (415) 439-1400 / Fax: (415) 439-1500
Email: ashley.littlefield@kirkland.com

Craig S. Primis, P.C. (admitted *pro hac vice*)
K. Winn Allen, P.C. (admitted *pro hac vice*)
Ronald K. Anguas, Jr. (admitted *pro hac vice*)
Katherine H. Epstein (admitted *pro hac vice*)
James Y. Xi  (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Tel:  (202) 389-5000 / Fax: (202) 389-5200
Email:   cprimis@kirkland.com
Email:   winn.allen@kirkland.com
Email:   ronald.anguas@kirkland.com
Email:   kate.epstein@kirkland.com
Email:   james.xi@kirkland.com

*Attorneys for Defendants Meta Platforms, Inc.
(f/k/a Facebook, Inc.) and Mark Zuckerberg*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| DONALD J. TRUMP, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>FACEBOOK, INC., et al.<br><br>    Defendants. | CASE NO. 4:21-cv-09044-JSW<br><br>[PROPOSED] **ORDER SETTING BRIEFING SCHEDULE AND PAGE LIMITS FOR MOTION TO DISMISS AND MOTION FOR PRELIMINARY INJUNCTION BRIEFING**<br>**AS MODIFIED** |

[PROPOSED] ORDER SETTING BRIEFING SCHEDULE AND PAGE LIMITS FOR MOTIONS TO DISMISS AND MOTION FOR PRELIMINARY INJUNCTION BRIEFING

CASE NO. 4:21-cv-09044-JSW

Pursuant to the stipulation by the parties, the Court orders:

1. The briefing schedule and page limits for Defendants' Motion to Dismiss and Plaintiff Donald J. Trump's Motion for Preliminary Injunction shall be as follows:

| Brief | Due Date | Page Limit |
|---|---|---|
| Defendants' Motion to Dismiss | Friday, January 14, 2022 | ~~30~~  20 |
| Defendants' Opposition to Plaintiff Donald J. Trump's Motion for a Preliminary Injunction | Friday, January 14, 2022 | 30 |
| Plaintiffs' Opposition to Defendants' Motion to Dismiss | Monday, February 7, 2022 | ~~30~~  20 |
| Plaintiff Donald J. Trump's Reply in Support of Motion for a Preliminary Injunction | Monday, February 7, 2022 | ~~20~~  15 |
| Defendants' Reply in Support of Motion to Dismiss | Monday, February 28, 2022 | ~~20~~  15 |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated this __15th__ day of December 2021.

_____
HON. JEFFREY S. WHITE
United States District Judge

The parties are advised to avoid duplicative arguments in the briefs for the two motions.

The Court will issue a separate order setting a hearing, if necessary.

[~~Proposed~~] Order Setting Briefing Schedule and Page Limits for Motions to Dismiss and Motion for Preliminary Injunction Briefing

Case No. 4:21-cv-09044-JSW