UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD J. TRUMP, et al.,<br><br>  Plaintiffs,<br><br>v.<br><br>FACEBOOK INC., et al.,<br><br>  Defendants. | Case No. 21-cv-09044-JSW<br><br>**ORDER SETTING DEADLINE FOR THE UNITED STATES' MEMORANDUM IN DEFENSE OF 47 U.S.C. § 230(C)**<br><br>Re: Dkt. No. 109 |

Upon consideration of the United States' Notice of Intervention and Motion to Set Deadline for the United States' Memorandum in Defense of 47 U.S.C. section 230(c), the Court HEREBY ORDERS that the motion is granted. The deadline for the United States to file its memorandum in defense of 47 U.S.C. section 230(c) is January 14, 2022.

**IT IS SO ORDERED.**

Dated: December 15, 2021

_____
JEFFREY S. WHITE
United States District Judge