Ashley E. Littlefield (SBN 281027)
  ashley.littlefield@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Tel: (415) 439-1400 / Fax: (415) 439-1500

Craig S. Primis, P.C. (admitted *pro hac vice*)
  craig.primis@kirkland.com
K. Winn Allen, P.C. (admitted *pro hac vice*)
  winn.allen@kirkland.com
Ronald K. Anguas, Jr. (admitted *pro hac vice*)
  ronald.anguas@kirkland.com
Katherine H. Epstein (admitted *pro hac vice*)
  kate.epstein@kirkland.com
James Y. Xi (admitted *pro hac vice*)
  james.xi@kirkland.com
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Tel:  (202) 389-5000 / Fax: (202) 389-5200

*Attorneys for Defendants Meta Platforms, Inc.*
*(f/k/a Facebook, Inc.) and Mark Zuckerberg*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| DONALD J. TRUMP, et al.,<br><br>                    Plaintiffs,<br><br>          v.<br><br>FACEBOOK, INC., et al.<br><br>                    Defendants. | CASE NO. 4:21-cv-09044-JSW<br><br>**STIPULATED MOTION**<br>**TO AMEND CASE CAPTION** |

Defendant Meta Platforms, Inc. ("Meta"), formerly known as Facebook, Inc., respectfully submits this Stipulated Motion to Amend Case Caption pursuant to Local Rule 7-11, and hereby states as follows:

On October 28, 2021, Facebook, Inc. changed its corporate name to Meta Platforms, Inc. pursuant to an amended and restated certificate of incorporation filed with the Delaware Secretary of State. *See* Ex. A (10/28/21 SEC Form 8-K).  The company also amended and restated its bylaws on October 28, 2021 to reflect the Name Change. *See id.*  To ensure the case caption remains accurate, Meta respectfully

requests that the Court enter the attached proposed order amending the caption to reflect its current corporate name. Plaintiffs consent to the filing of this motion.

DATED: December 17, 2021

Respectfully submitted,

*s/ Ronald K. Anguas, Jr.*
Ronald K. Anguas, Jr. (admitted *pro hac vice*)
  ronald.anguas@kirkland.com
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Tel: (202) 389-5000 / Fax: (202) 389-5200

*Attorney for Defendants Meta Platforms, Inc. (f/k/a Facebook, Inc.) and Mark Zuckerberg*

*s/ Cris Armenta*
M. Cris Armenta (SBN 177403)
ARMENTA & SOL, PC
1140 West Bernardo Court, Suite 300
San Diego, CA 92127
Tel: (858) 753-1724 / Fax: (310) 695-2560
Email: cris@crisarmenta.com

*Attorney for Plaintiffs*

**ATTESTATION PURSUANT TO CIVIL L.R. 5-1(i)(3)**

I, Ronald K. Anguas, Jr., am the ECF User whose ID and password are being used to file this document. I hereby attest that concurrence in the filing of this document has been obtained from the signatories.

DATED: December 17, 2021

*s/ Ronald K. Anguas, Jr.*
Ronald K. Anguas, Jr. (admitted *pro hac vice*)
  ronald.anguas@kirkland.com
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Tel: (202) 389-5000 / Fax: (202) 389-5200

*Attorney for Defendants Meta Platforms, Inc. (f/k/a Facebook, Inc.) and Mark Zuckerberg*