Ashley E. Littlefield (SBN 281027)
  ashley.littlefield@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Tel: (415) 439-1400 / Fax: (415) 439-1500

Craig S. Primis, P.C. (admitted *pro hac vice*)
  craig.primis@kirkland.com
K. Winn Allen, P.C. (admitted *pro hac vice*)
  winn.allen@kirkland.com
Ronald K. Anguas, Jr. (admitted *pro hac vice*)
  ronald.anguas@kirkland.com
Katherine H. Epstein (admitted *pro hac vice*)
  kate.epstein@kirkland.com
James Y. Xi  (admitted *pro hac vice*)
  james.xi@kirkland.com
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Tel:  (202) 389-5000 / Fax: (202) 389-5200

*Attorneys for Defendants Meta Platforms, Inc. and Mark Zuckerberg*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| DONALD J. TRUMP, et al.,<br><br>          Plaintiffs,<br><br>     v.<br><br>META PLATFORMS, INC., et al.<br><br>          Defendants. | CASE NO. 4:21-cv-09044-JSW<br><br>**STIPULATED REQUEST FOR AN ORDER STAYING ALTERNATIVE DISPUTE RESOLUTION AND RULE 16 DEADLINES PENDING MOTION TO DISMISS ORDER** |

STIPULATED REQUEST FOR AN ORDER STAYING ALTERNATIVE DISPUTE RESOLUTION AND RULE 16 DEADLINES PENDING MOTION TO DISMISS ORDER

Case No. 4:21-cv-09044-JSW

WHEREAS, counsel to the Parties have reviewed the ADR Local Rules and the Alternative Dispute Resolution Procedures Handbook, and the parties agree that ADR processes such as Early Neutral Evaluation, Mediation, and/or a Settlement Conference are unlikely to be beneficial, and that settlement of the case is unlikely at this time; and

WHEREAS, there is good cause to stay the deadlines because the Parties agree that they will benefit from and not be prejudiced by the relief requested herein, and that such relief will support efficient resolution of this matter;

NOW, THEREFORE, the Parties hereby stipulate and respectfully ask the Court to enter the attached proposed order, which provides that:

1. The Parties' deadlines to prepare a case management statement and a conference pursuant to Local Civil Rule 16 and Federal Rule of Civil Procedure 26, any calendared dates for a conference with the Court regarding discovery, and any ADR deadlines shall be stayed pending this Court's resolution of the Motion for Preliminary Injunction and Defendants' forthcoming motion to dismiss.

DATED:  December 27, 2021

Respectfully submitted,

*s/ Ronald K. Anguas*

Ronald K. Anguas, Jr. (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Tel: (202) 389-5000 / Fax: (202) 389-5200
Email: ronald.anguas@kirkland.com

*Attorney for Defendants Meta Platforms, Inc. and Mark Zuckerberg*

*s/ Cris Armenta*

M. Cris Armenta (SBN 177403)
ARMENTA & SOL, PC
1140 West Bernardo Court, Suite 300
San Diego, CA 92127
Tel: (858) 753-1724 / Fax: (310) 695-2560
Email: cris@crisarmenta.com

*Attorneys for Plaintiff*

**ATTESTATION PURSUANT TO CIVIL L.R. 5-1(i)(3)**

I, Ronald K. Anguas, Jr., am the ECF User whose ID and password are being used to file this document. I hereby attest that concurrence in the filing of this document has been obtained from the signatories.

DATED: December 27, 2021

*s/ Ronald K. Anguas, Jr.*

Ronald K. Anguas, Jr. (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Tel: (202) 389-5000 / Fax: (202) 389-5200
Email: ronald.anguas@kirkland.com

*Attorney for Defendants Meta Platforms, Inc. and Mark Zuckerberg*

STIPULATED REQUEST FOR AN ORDER STAYING ALTERNATIVE DISPUTE RESOLUTION AND RULE 16 DEADLINES PENDING MOTION TO DISMISS ORDER

3

CASE NO. 4:21-cv-09044-JSW