Ashley E. Littlefield (SBN 281027)
  ashley.littlefield@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Tel: (415) 439-1400 / Fax: (415) 439-1500

Craig S. Primis, P.C. (admitted *pro hac vice*)
  craig.primis@kirkland.com
K. Winn Allen, P.C. (admitted *pro hac vice*)
  winn.allen@kirkland.com
Ronald K. Anguas, Jr. (admitted *pro hac vice*)
  ronald.anguas@kirkland.com
Katherine H. Epstein (admitted *pro hac vice*)
  kate.epstein@kirkland.com
James Y. Xi  (admitted *pro hac vice*)
  james.xi@kirkland.com
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Tel:  (202) 389-5000 / Fax: (202) 389-5200

*Attorneys for Defendants Meta Platforms, Inc.
and Mark Zuckerberg*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| DONALD J. TRUMP, et al., | CASE NO. 4:21-cv-09044-JSW |
| Plaintiffs, | [~~PROPOSED~~] ORDER GRANTING STIPULATED REQUEST TO STAY ALTERNATIVE DISPUTE RESOLUTION AND RULE 16 DEADLINES PENDING MOTION TO DISMISS ORDER |
| v. | |
| META PLATFORMS, INC., et al. | |
| Defendants. | |

[~~PROPOSED~~] ORDER GRANTING STIPULATED REQUEST TO STAY ALTERNATIVE DISPUTE RESOLUTION AND RULE 16 DEADLINES PENDING MOTION TO DISMISS ORDER

CASE NO. 4:21-cv-09044-JSW

Pursuant to the stipulation by the parties, the Court orders:

1. The Parties' deadlines to prepare a case management statement and a conference pursuant to Local Civil Rule 16 and Federal Rule of Civil Procedure 26, any calendared dates for a conference with the Court regarding discovery, and any ADR deadlines shall be stayed pending this Court's resolution of the Motion for Preliminary Injunction and Defendants' forthcoming motion to dismiss.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated this 3rd day of January 2022.

_____
HON. JEFFREY S. WHITE
United States District Judge

[Proposed] Order Granting Stipulated Request To Stay Alternative Dispute Resolution And Rule 16 Deadlines Pending Motion To Dismiss Order

Case No. 4:21-cv-09044-JSW