Ashley E. Littlefield (SBN 281027)
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Tel: (415) 439-1400 / Fax: (415) 439-1400
ashley.littlefield@kirkland.com

Craig S. Primis, P.C. (admitted *pro hac vice*)
K. Winn Allen, P.C. (admitted *pro hac vice*)
Ronald K. Anguas, Jr. (admitted *pro hac vice*)
Katherine H. Epstein (admitted *pro hac vice*)
James Y. Xi  (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Tel:  (202) 389-5000 / Fax: (202) 389-5200
cprimis@kirkland.com
winn.allen@kirkland.com
ronald.anguas@kirkland.com
kate.epstein@kirkland.com
james.xi@kirkland.com

*Attorneys for Defendants Meta Platforms, Inc. and Mark Zuckerberg*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| DONALD J. TRUMP, et al., <br><br> Plaintiffs, <br><br> v. <br><br> META PLATFORMS, INC., et al. <br><br> Defendants. | CASE NO. 4:21-cv-09044-JSW <br><br> **[PROPOSED] ORDER DENYING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION** |

**[PROPOSED] ORDER DENYING PLAINTIFF'S
MOTION FOR PRELIMINARY INJUNCTION**

Having considered the parties' briefing on Plaintiff Donald J. Trump's motion for preliminary injunction (Dkt. 78), and having heard oral argument, it is hereby **ORDERED** that Plaintiffs' motion for preliminary injunction is **DENIED.**

**IT IS SO ORDERED.**

Dated: _____

                                                HON. JEFFREY S. WHITE
                                                United States District Judge