# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| DONALD J. TRUMP, *et al.*,<br><br>  Plaintiffs,<br>   v.<br>META PLATFORMS, INC., *et al.*,<br><br>  Defendants. | Case No: 4:21-cv-09044-JSW<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE RESPONSE TO UNITED STATES BRIEF RE. CONSTITUTIONALITY OF SECTION 230<br>AS MODIFIED<br><br>Judge: Hon. Jeffrey S. White |

1   After due consideration of the papers submitted, and good cause appearing therefore, it is
2   hereby **ORDERED** that:
3   Plaintiff's Administrative Motion for Leave to File Plaintiff's Response in Opposition to
4   the Motion and Memorandum of Law by Intervenor United States in Support of the
5   Constitutionality of 47 U.S.C. § 230(c) is **GRANTED**.
6   **IT IS SO ORDERED.**
7   Dated: February 22, 2022

    _____
    HONORABLE JEFFREY S. WHITE
    UNITED STATES DISTRICT JUDGE

10  Plaintiffs shall promptly file the response attached to their motion as Exhibit 1 separately
    on the docket.

28  [PROPOSED] ORDER GRANTING
    PLAINTIFF'S ADMIN. MOTION FOR
    LEAVE TO FILE RESPONSE TO USA
    BRIEF                                                             4:21-cv-09044-JSW