Ashley E. Littlefield (SBN 281027)
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Tel: (415) 439-1400 / Fax: (415) 439-1400
ashley.littlefield@kirkland.com

Craig S. Primis, P.C. (admitted *pro hac vice*)
K. Winn Allen, P.C. (admitted *pro hac vice*)
Ronald K. Anguas, Jr. (admitted *pro hac vice*)
Katherine H. Epstein (admitted *pro hac vice*)
James Y. Xi (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Tel: (202) 389-5000 / Fax: (202) 389-5200
cprimis@kirkland.com
winn.allen@kirkland.com
ronald.anguas@kirkland.com
kate.epstein@kirkland.com
james.xi@kirkland.com

*Attorneys for Defendants Meta Platforms, Inc. and Mark Zuckerberg*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| DONALD J. TRUMP, et al., <br><br> Plaintiffs, <br><br> v. <br><br> META PLATFORMS, INC., et al. <br><br> Defendants. | CASE NO. 4:21-cv-09044-JSW <br><br> **DEFENDANTS' STATEMENT OF RECENT DECISION** |

  Defendants Meta Platforms, Inc. and Mark Zuckerberg respectfully submit as supplemental authority the recent ruling in *Ruttenberg v. Twitter, et al.,* No. 21-16074 (9th Cir. May 18, 2022). This authority relates to the Ninth Circuit's affirmance of the District Court for the Northern District of California's dismissal of Plaintiff's claims without leave to amend.

| | |
|---|---|
| Dated: May 19, 2022 | */s/ Ronald K. Anguas, Jr.* |
| | Ashley E. Littlefield (SBN 281027)<br>KIRKLAND & ELLIS LLP<br>555 California Street<br>San Francisco, CA 94104<br>Tel: (415) 439-1483 / Fax: (415) 439-1400<br>ashley.littlefield@kirkland.com |
| | Craig S. Primis, P.C. (admitted *pro hac vice*)<br>K. Winn Allen, P.C. (admitted *pro hac vice*)<br>Ronald K. Anguas (admitted *pro hac vice*)<br>Kate H. Epstein (admitted *pro hac vice*)<br>James Y. Xi (admitted *pro hac vice*)<br>KIRKLAND & ELLIS, LLP<br>1301 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20004<br>Tel: (202) 389-5000 / Fax: (202) 389-5200<br>craig.primis@kirkland.com<br>winn.allen@kirkland.com<br>ronald.anguas@kirkland.com<br>kate.epstein@kirkland.com<br>james.xi@kirkland.com |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 19th day of May 2022, the foregoing was electronically transmitted to the Clerk of Court using the CM/ECF system, which will transmit notification of such filing to all registered participants.

*/s/ Ronald K. Anguas, Jr.*

Ronald K. Anguas, Jr.