1   Ashley E. Littlefield  (SBN 281027)
    KIRKLAND & ELLIS LLP
2   555 California  Street
    San Francisco, CA 94104
3   Tel: (415) 439-1400  / Fax: (415) 439-1400
    ashley.littlefield@kirkland.com
4
    Craig S. Primis,  P.C. (admitted *pro hac vice*)
5   K. Winn Allen,  P.C. (admitted *pro hac vice*)
    Ronald K. Anguas, Jr. (admitted *pro hac vice*)
6   Katherine H. Epstein (admitted *pro hac vice*)
    James Y. Xi  (admitted *pro hac vice*)
7   KIRKLAND & ELLIS LLP
    1301 Pennsylvania Avenue, N.W.
8   Washington,  D.C. 20004
    Tel:  (202) 389-5000  / Fax: (202) 389-5200
9   cprimis@kirkland.com
    winn.allen@kirkland.com
10  ronald.anguas@kirkland.com
    kate.epstein@kirkland.com
11  james.xi@kirkland.com

12  *Attorneys for Defendants Meta Platforms, Inc.*
    *and Mark Zuckerberg*
13

14
                    **UNITED STATES DISTRICT COURT**
15
                  **NORTHERN DISTRICT OF CALIFORNIA**
16
                          **OAKLAND DIVISION**
17

18   DONALD J. TRUMP, et al.,                    CASE NO. 4:21-cv-09044-JSW

19              Plaintiffs,                      **DEFENDANTS' STATEMENT OF**
                                                 **RECENT DECISION**
20         v.
                                                 Hon. Jeffrey S. White
21   META PLATFORMS, INC., et al.

22              Defendants.

23

24

25

26

27

28

DEFENDANTS' STATEMENT OF RECENT DECISION    1            CASE NO. 4:21-CV-09044-JSW

Defendants Meta Platforms, Inc. and Mark Zuckerberg respectfully submit as supplemental authority the Eleventh Circuit's recent ruling in *NetChoice, LLC v. Attorney General, State of Florida*, No. 21-12355 (11th Cir. May 23, 2022), which affirms an order preliminarily enjoining state officials from enforcing S.B. 7072's consistency requirement on First Amendment grounds.  This authority relates to Defendants' Motion to Dismiss (Dkt. No. 157) and Defendants' Opposition to Plaintiff Donald J. Trump's Motion for Preliminary Injunction (Dkt. No. 158).

Dated: May 23, 2022

/s/ Ronald K. Anguas, Jr.

Ashley E. Littlefield  (SBN 281027)
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Tel: (415) 439-1483 / Fax: (415) 439-1400
ashley.littlefield@kirkland.com

Craig S. Primis, P.C. (admitted *pro hac vice*)
K. Winn Allen, P.C. (admitted *pro hac vice*)
Ronald K. Anguas (admitted *pro hac vice*)
Kate H. Epstein (admitted *pro hac vice*)
James Y. Xi (admitted *pro hac vice*)
KIRKLAND & ELLIS, LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Tel: (202) 389-5000 / Fax: (202) 389-5200
craig.primis@kirkland.com
winn.allen@kirkland.com
ronald.anguas@kirkland.com
kate.epstein@kirkland.com
james.xi@kirkland.com

1

**CERTIFICATE OF SERVICE**

2

The undersigned hereby certifies that on the 23rd day of May 2022, the foregoing was

3

electronically transmitted to the Clerk of Court using the CM/ECF system, which will transmit notification

4

of such filing to all registered participants.

5
                                                    */s/ Ronald K. Anguas, Jr.*
                                                    _____

6
                                                    Ronald K. Anguas, Jr.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CERTIFICATE OF SERVICE                                              CASE NO. 4:21-cv-09044-JSW