UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD J. TRUMP, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>FACEBOOK INC., et al.,<br><br>  Defendants. | Case No.  21-cv-09044-JSW<br><br>**ORDER TO SHOW CAUSE RE STAY PENDING APPEAL OF *TWITTER* CASE** |

The Court issues this ORDER TO SHOW CAUSE why this Court in its discretion should not stay this matter pending final disposition of the appeal of the dismissal of *Donald Trump, et al. v. Twitter, et al.*, N.D. Cal. Case No. 21-cv-08378-JD ("*Twitter*"), which is now before the Ninth Circuit Court of Appeals as Case. No. 22-15961.  Each party's written response shall not exceed seven pages and shall be filed no later than July 26, 2022.

**IT IS SO ORDERED.**

Dated: July 12, 2022

_____
JEFFREY S. WHITE
United States District Judge