Michael P. Esser (SBN 268634)
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Tel: (415) 439-1400 / Fax: (415) 439-1500
Email: michael.esser@kirkland.com

Craig S. Primis, P.C. (admitted *pro hac vice*)
K. Winn Allen, P.C. (admitted *pro hac vice*)
Ronald K. Anguas, Jr. (admitted *pro hac vice*)
Katherine H. Epstein (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Tel:  (202) 389-5000 / Fax: (202) 389-5200
Email:   cprimis@kirkland.com
Email:   winn.allen@kirkland.com
Email:   ronald.anguas@kirkland.com
Email:   kate.epstein@kirkland.com

*Attorneys for Defendants Meta Platforms, Inc. and Mark Zuckerberg*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DONALD J. TRUMP, et al.,<br><br>         Plaintiffs,<br><br>    v.<br><br>META PLATFORMS, INC., et al.<br><br>         Defendants. | CASE NO. 4:21-cv-09044-JSW<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL**<br><br>Complaint Filed: July 7, 2021 |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Ashley E. Littlefield is no longer associated with Kirkland & Ellis LLP and is no longer acting as counsel of record for Defendants Meta Platforms, Inc. and Mark Zuckerberg in this case. The clerk is requested to withdraw or remove Ms. Littlefield as attorney of record for Defendants Meta Platforms, Inc. and Mark Zuckerberg.

Michael P. Esser of Kirkland & Ellis LLP hereby appears as counsel of record on behalf of Defendants Meta Platforms, Inc. and Mark Zuckerberg. Copies of all future pleadings, papers, correspondence, and electronic filing notices should be served upon Kirkland & Ellis LLP at the address indicated below:

> Michael P. Esser
> KIRKLAND & ELLIS LLP
> 555 California Street
> San Francisco, CA 94104
> Telephone: (415) 439-1400
> Facsimile: (415) 439-1500
> Email: michael.esser@kirkland.com

Craig S. Primis, P.C., K. Winn Allen, P.C., Ronald K. Anguas, Jr. and Katherine H. Epstein continue to be counsel of record on behalf of Defendants Meta Platforms, Inc. and Mark Zuckerberg. Copies of all future pleadings, papers, correspondence, and electronic filing notices should continue to be served upon Kirkland & Ellis LLP at the address indicated below:

> Craig S. Primis, P.C.
> K. Winn Allen, P.C.
> Ronald K. Anguas, Jr.
> Katherine H. Epstein
> KIRKLAND & ELLIS LLP
> 1301 Pennsylvania Avenue, N.W.
> Washington, D.C. 20004
> Telephone: (202) 389-5000
> Facsimile: (202) 389-5200
> Email: cprimis@kirkland.com
> Email: winn.allen@kirkland.com
> Email: ronald.anguas@kirkland.com
> Email: kate.epstein@kirkland.com

| | |
|---|---|
| DATED: October 31, 2022 | Respectfully submitted, |
| | KIRKLAND & ELLIS LLP |

*s/ Michael P. Esser*

Michael P. Esser (SBN 268634)
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Tel: (415) 439-1400 / Fax: (415) 439-1500
Email: michael.esser@kirkland.com

Craig S. Primis, P.C. (admitted *pro hac vice*)
K. Winn Allen, P.C. (admitted *pro hac vice*)
Ronald K. Anguas, Jr. (admitted *pro hac vice*)
Katherine H. Epstein (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Tel:  (202) 389-5000 / Fax: (202) 389-5200
Email:  cprimis@kirkland.com
Email:  winn.allen@kirkland.com
Email:  ronald.anguas@kirkland.com
Email:  kate.epstein@kirkland.com

*Attorneys for Defendants Meta Platforms, Inc. and Mark Zuckerberg*