Michael P. Esser (SBN 268634)
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Tel: (415) 439-1400 / Fax: (415) 439-1500
Email: michael.esser@kirkland.com

Craig S. Primis, P.C. (admitted *pro hac vice*)
K. Winn Allen, P.C. (admitted *pro hac vice*)
Ronald K. Anguas, Jr. (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Tel:  (202) 389-5000 / Fax: (202) 389-5200
Email:   cprimis@kirkland.com
Email:   winn.allen@kirkland.com
Email:   ronald.anguas@kirkland.com

*Attorneys for Defendants Meta Platforms, Inc. and Mark Zuckerberg*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| DONALD J. TRUMP, et al., <br><br>  Plaintiffs, <br><br>  v. <br><br> META PLATFORMS, INC., et al. <br><br>  Defendants. | CASE NO. 4:21-cv-09044-JSW <br><br> **NOTICE OF CHANGE OF COUNSEL** <br><br> Judge:  Hon. Jeffrey S. White |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT Katherine H. Epstein and James Xi hereby withdraw as attorneys of record for Defendants Meta Platforms, Inc. and Mark Zuckerberg in this case. The clerk is requested to withdraw or remove Ms. Epstein and Mr. Xi as attorneys of record for Defendants Meta Platforms, Inc. and Mark Zuckerberg.

Michael P. Esser, Craig S. Primis, K. Winn Allen, and Ronald K. Anguas continue to be attorneys of record for Defendant Meta Platforms, Inc. Their contact information is as follows:

Dated: May 2, 2023

Respectfully submitted,

KIRKLAND & ELLIS LLP

 s/ Michael P. Esser
Michael P. Esser (SBN 268634)
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Tel: (415) 439-1400 / Fax: (415) 439-1500
Email: michael.esser@kirkland.com

Craig S. Primis, P.C. (admitted *pro hac vice*)
K. Winn Allen, P.C. (admitted *pro hac vice*)
Ronald K. Anguas, Jr. (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Tel: (202) 389-5000 / Fax: (202) 389-5200
Email: cprimis@kirkland.com
Email: winn.allen@kirkland.com
Email: ronald.anguas@kirkland.com

*Attorneys for Defendants Meta Platforms, Inc. and Mark Zuckerberg*

**CERTIFICATE OF SERVICE**

I, Michael P. Esser, certify that on May 2, 2023, I electronically filed the foregoing with the Clerk of this Court by using the CM/ECF system, which will accomplish service through the Notice of Electronic Filing for parties and attorneys who are Filing Users.

/s/ *Michael P. Esser*
Michael P. Esser