UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD J. TRUMP, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>FACEBOOK INC., et al.,<br><br>    Defendants. | Case No. 21-cv-09044-JSW<br><br>**ORDER OF RECUSAL** |

TO ALL PARTIES AND COUNSEL OF RECORD:

I, the undersigned judge of the court, finding myself disqualified in the above-entitled action, hereby recuse myself from this case and request that the case be reassigned pursuant to the Assignment Plan.

**IT IS SO ORDERED.**

Dated: July 24, 2023

_____
JEFFREY S. WHITE
United States District Judge