**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| DONALD J. TRUMP, *et al.*,<br><br>　　　　　Plaintiffs,<br>　　v.<br><br>META PLATFORMS, INC., *et al.*,<br><br>　　　　　Defendants. | Case No: 3:21-cv-09044-WHA<br><br>~~[PROPOSED]~~ ORDER GRANTING PLAINTIFFS' MOTION TO LIFT STAY FOR LIMITED PURPOSE<br><br>Judge: Hon. William H. Alsup |

1    Plaintiffs Donald J. Trump, Elizabeth Albert, Kiyan and Bobby Michael, Jennifer Horton, Andres Cabos, Magalys Rios, and Maria Rodrigues-Fresneda ("Plaintiffs") have moved the Court to lift the stay in effect in this matter for the limited purpose of holding a Case Management Conference at which Plaintiffs will request the Court's permission to bring a motion seeking leave to file a Second Amended Complaint. Defendants Meta Platforms, Inc. and Mark Zuckerberg filed an opposition to the motion. Interested Party the United States has taken no position on the motion. Plaintiffs submitted the motion for decision on the papers without oral argument.

After due consideration of the papers submitted, and good cause appearing therefore, it is hereby **ORDERED** that:

Plaintiffs' Motion to Lift Stay for Limited Purpose is **GRANTED**.

A Case Management Conference will be held in this matter on November 2 at 11 a.m. The parties are ordered to submit a Joint Case Management Statement no later than seven days before the Conference.

**IT IS SO ORDERED.**

Dated: September 19, 2023.

_____
HONORABLE WILLIAM H. ALSUP
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO LIFT STAY FOR LIMITED PURPOSE                                3:21-cv-09044-WHA