UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD J. TRUMP, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>FACEBOOK INC., et al.,<br><br>　　　　Defendants. | Case No. 21-cv-09044-WHA |

**NOTICE REGARDING VIDEO RECORDING**

A request has been made to video record the November 2, 2023 Initial Case Management Conference in this case pursuant to General Order 65, Cameras in the Courtroom Pilot Project.

( )　　All parties have consented to the video recording of the proceeding; unless otherwise ordered by the presiding judge, the proceeding will be video recorded as part of the Pilot Project. See cand.uscourts.gov/cameras for more information.

(**X**)　　At least one party has opposed the request to video record and/or the Court has denied the request; the proceeding will not be video recorded.

Dated: 10/30/2023　　　　　　　　　　　　　　　Mark B. Busby, Clerk of Court

　　　　　　　　　　　　　　　　　　　　　　　　*[signature]*
　　　　　　　　　　　　　　　　　　　　　　　　Signature of Clerk or Deputy Clerk