# KIRKLAND & ELLIS LLP

1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
United States

+1 202 389 5000

www.kirkland.com

Winn Allen, P.C.
To Call Writer Directly:
+1 202 389 5078
winn.allen@kirkland.com

Facsimile:
+1 202 389 5200

January 29, 2025

The Honorable William Alsup
United States District Court for the Northern District of California
San Francisco Courthouse, Courtroom 12, 19th Floor
450 Golden Gate Avenue,
San Francisco, CA  94102

Re: *Trump, et al. v. Meta Platforms, Inc., et al.*
Case No. 3:21-CV-09044-WHA (N.D. Cal.)

Dear Judge Alsup:

I write to inform the Court that the parties have reached an agreement to settle the named plaintiffs' individual claims and resolve this matter. The parties will file a joint stipulation of dismissal with prejudice in the coming days.

Sincerely,

/s/ *K. Winn Allen*

K. Winn Allen, P.C.
*Counsel for Defendants Meta Platforms, Inc. and Mark Zuckerberg*

cc: All counsel of record

Austin   Bay Area   Beijing   Boston   Brussels   Chicago   Dallas   Frankfurt   Hong Kong   Houston   London   Los Angeles   Miami   Munich   New York   Paris   Riyadh   Salt Lake City   Shanghai