| | |
|---|---|
| John P. Coale (admitted *pro hac vice*)<br>2901 Fessenden Street, NW<br>Washington, D.C. 20008<br>Tel: (202) 255-2096<br>johnpcoale@aol.com<br><br>Andrei D. Popovici (SBN 234820)<br>LAW OFFICE OF ANDREI D. POPOVICI, P.C.<br>2121 North California Blvd., Suite 290<br>Walnut Creek, CA 94596<br>Tel: (650) 530-9989<br>andrei@apatent.com<br><br>[*Additional Counsel Listed on Signature Page*]<br><br>*Attorneys for Plaintiffs* | Michael P. Esser (SBN 268634)<br>KIRKLAND & ELLIS LLP<br>555 California Street<br>San Francisco, CA 94104<br>Tel: (415) 439-1400 / Fax: (415) 439-1500<br>michael.esser@kirkland.com<br><br>Craig S. Primis, P.C. (admitted *pro hac vice*)<br>K. Winn Allen, P.C. (admitted *pro hac vice*)<br>Gabrielle Durling (admitted *pro hac vice*)<br>1301 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20004<br>Tel: (202) 389-5000 / Fax: (202) 389-5200<br>craig.primis@kirkland.com<br>winn.allen@kirkland.com<br>gabi.durling@kirkland.com<br><br>*Attorneys for Defendants* |

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| DONALD J. TRUMP, et al.,<br>    Plaintiffs,<br><br>    v.<br><br>META PLATFORMS, INC., et al.<br>    Defendants. | Civil Case No.: 3:21-cv-09044-WHA<br><br>**JOINT NOTICE OF STIPULATED DISMISSAL WITH PREJUDICE** |

The parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal with prejudice of this action in its entirety, with each party to bear its own costs.

DATED: January 30, 2025

Respectfully submitted,

Andrei D. Popovici (SBN 234820)
LAW OFFICE OF ANDREI D. POPOVICI, P.C.
2121 North California Blvd., Suite 290
Walnut Creek, CA 94596
Tel: (650) 530-9989
andrei@apatent.com

Michael P. Esser (SBN 268634)
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Tel: (415) 439-1400 / Fax: (415) 439-1500
michael.esser@kirkland.com

*/s/ John Q. Kelly*

John Q. Kelly (admitted *pro hac vice*)
FERGUSON COHEN LLP
25 Field Point Road
Greenwich, CT 06830
Tel: (203) 661-1197
jqkelly@fercolaw.com

Michael J. Jones (admitted *pro hac vice*)
Ryan Tougais (admitted *pro hac vice*)
IVEY, BARNUM & O'MARA, LLC
170 Mason Street
Greenwich, CT 06830
Tel: (203) 661-6000
mjones@ibolaw.com
rtougais@ibolaw.com

John P. Coale (admitted *pro hac vice*)
2901 Fessenden Street, NW
Washington, D.C. 20008
Tel: (202) 255-2096
johnpcoale@aol.com

Richard Polk Lawson (admitted *pro hac vice*)
GARDNER BREWER HUDSON
400 North Ashley Drive, Suite 1100
Tampa, FL 33602
Tel: (813) 221-9600
rlawson@gardnerbrewer.com

*Attorneys for Plaintiffs*

*/s/ K. Winn Allen*

Craig S. Primis, P.C. (admitted *pro hac vice*)
K. Winn Allen, P.C. (admitted *pro hac vice*)
Gabrielle Durling (admitted *pro hac vice*)
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Tel: (202) 389-5000 / Fax: (202) 389-5200
craig.primis@kirkland.com
winn.allen@kirkland.com
gabi.durling@kirkland.com

*Attorneys for Defendants Meta Platforms, Inc. and Mark Zuckerberg*

**SIGNATURE ATTESTATION**

I, Andrei D. Popovici, am the ECF User whose ID and password are being used to file the foregoing Joint Stipulation of Dismissal. I hereby attest that the other signatories have concurred in this filing.

DATED: January 30, 2025                 /s/ Andrei D. Popovici

**CERTIFICATE OF SERVICE**

I hereby certify that on January 30, 2025, I electronically filed the above document with the Clerk of Court using CM/ECF, which will send electronic notifications of such filing to all registered counsel.

DATED: January 30, 2025                 /s/ Andrei D. Popovici